UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 14-MJ-07167 |
| ) | |
| BILL MELO A/K/A ) | |
| "FELIX JOSE RALAT BERRIOS," ) | |
| DEFENDANT ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Brian M. Bush, Special Agent, Bureau of Diplomatic Security, do hereby make oath before the Honorable Jennifer C. Boal, United States Chief Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Bill Melo, a/k/a Felix Jose Ralat Berrios, on a criminal complaint issued by the United States District Court for the Southern District of New York on August 4, 2014, charging the defendant with 18 U.S.C. §§ 1542, 2 (false statement in application and use of passport and aiding and abetting). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Brian M. Bush
Special Agent
Bureau of Diplomatic Security

Subscribed and sworn to before me this 29th day of August, 2014.

_____
Jennifer C. Boal
United States Chief Magistrate Judge

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Sean S. Buckley, 212-637-2261

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| BILL MELO | ) Case No. **14 CRIM 515** |
| a/k/a "Felix Jose Ralat Berrios," | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BILL MELO, a/k/a "Felix Jose Ralat Berrios",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1542 and 2 (false statement in application and use of passport)

Date:   08/04/2014

*s/ Sarah Netburn*
*Issuing officer's signature*

City and state:   New York, New York

Hon. Sarah Netburn, U.S. Magistrate Judge, SDNY
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*